

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM J. O'BRIEN, III,
  Plaintiff,

v. : CIVIL ACTION NO. 18-CV-1787

THE UNITED STATES OF AMERICA
FEDERAL GOVERNMENT, *et al.*,
  Defendants.

FILED
JUL 3 1 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, this 31st day of July, 2018, upon consideration of Plaintiff William J. O'Brien's Amended Complaint (ECF No. 9), it is **ORDERED** that:

1. The complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. O'Brien may not file an amended complaint in this case. The claims that the Court dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) are **DISMISSED without prejudice** to O'Brien filing a new civil action for damages against an appropriate defendant in the event his convictions and sentence are overturned or otherwise called into question. All other claims are **DISMISSED with prejudice**.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.